JS-6
O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP ABEL GASTELUM, ) | No. CV 14-5491-JGB (AGR) |
| Petitioner, ) | |
| ) | JUDGMENT |
| v. ) | |
| JACK FOX, Warden, ) | |
| Respondent. ) | |

Pursuant to the Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is denied as moot.

DATED: December 23, 2015

JESUS G. BERNAL
United States District Judge